UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ROBERTA FELIZ, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

SWIM2000, INC.,

                Defendant.

---------------------------------------------------------------x

Case No. 1:22-cv-03981-GHW

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  November 7, 2022        **MIZRAHI KROUB LLP**

*(signature)*

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
225 Broadway, 39th Floor
New York, NY  10007
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

DATED: November 7, 2022                        **STEIN & NIEPORENT LLP**

_____

David Stein
1441 Broadway
Suite 6090
New York, NY 10018
212-308-3444
Fax: 212-836-9595
Email: dstein@steinllp.com

*Attorney for Defendant*

2